IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNIE CHARLES CAMPBELL,<br><br>Defendant. | 4:24CR3088<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on Plaintiff's Motion for Final Order of Forfeiture. (Filing No. 71.) Having reviewed the record in this case, the Court finds as follows:

1.    On November 3, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $4,840.00 United States currency. (Filing No. 64.)

2.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on November 4, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on January 6, 2026. (Filing No. 70.)

3.    Plaintiff has advised the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.    The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.    Plaintiff's Motion for Final Order of Forfeiture (Filing No. 71) is granted;

2.    All right, title and interest in and to the $4,840.00 United States currency seized from Defendant on or about August 12, 2024, held by any person or entity are forever barred and foreclosed;

3.      Plaintiff is directed to dispose of that currency in accordance with the law.

Dated this 19th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge